| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Dees, Jr., Harry C. | 2. Court or Organization UNITED STATES BANKRUPTCY COURT | 3. Date of Report 06/27/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  Date 5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

ROBERT K. RODIBAUGH UNITED STATES BANKRUPTCY COURTHOUSE
401 SOUTH MICHIGAN STREET
SOUTH BEND, INDIANA 46601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. 3M COMMON STOCK | A | Dividend | K | T | | | | | |
| 3. ABBOTT LABS COMMONSTOCK | A | Dividend | K | T | | | | | |
| 4. ABBVIE INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. ALTRIA GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. APPLE INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. AT&T COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. BAXTER INTERNATIONAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. CMS ENERGY COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. CISCO SYSTEMS INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. DOLLAR GENERAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. ECOLAB COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. EXXON MOBIL COMMON STOCK | B | Dividend | K | T | | | | | |
| 15. FIRST FINANCIAL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. GENERAL DYNAMICS COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GENERAL MILLS COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 20. IBM COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | K | T | | | | | |
| 22. LINDE PLC FOREIGN EQUITY (SEE NOTE 1) | A | Dividend | J | T | | | | | |
| 23. LOWES COMMON STOCK | A | Dividend | K | T | | | | | |
| 24. MCDONALDS CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 25. MEDTRONIC PLC FOREIGN EQUITY | A | Dividend | K | T | | | | | |
| 26. MERCK COMMON STOCK | A | Dividend | K | T | | | | | |
| 27. METLIFE INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. MICROCHIP TECH COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. MICROSOFT COMMON STOCK | B | Dividend | L | T | | | | | |
| 30. NEXTERA ENERGY COMMON STOCK | A | Dividend | K | T | | | | | |
| 31. NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 32. PHILLIP MORRIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. PRAXAIR COMMON STOCK (SEE NOTE 1) | A | Dividend | | | Merged (with line 22) | 11/05/18 | J | | |
| 34. PROCTOR & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SIMON PROPERTY GROUP COMMON STOCK | A | Dividend | K | T | | | | | |
| 36. SMUCKER JM COMMON STOCK | A | Dividend | K | T | | | | | |
| 37. STARBUCKS CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 38. UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | K | T | | | | | |
| 39. VANGUARD FINANCIAL ETF | A | Dividend | K | T | | | | | |
| 40. VERIZON COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. BARREN CTY BD OF ED 2.5 DUE 09/01/2027 MUNI BOND | B | Interest | L | T | Buy | 01/12/18 | L | | |
| 42. BROWNSBURG IN 1999 SCH BLDG 4.00 DUE 07/15/2019 MUNI BOND | A | Interest | | | Redeemed | 01/16/18 | K | | |
| 43. CLARKSVILLE IN PARK DIST TAX 2.25 DUE 01/15/2027/2023 MUNI BOND | B | Interest | L | T | | | | | |
| 44. DYER IN REDEV LEASE SINK 2.15 DUE 07/15/2022 MUNI BOND | | None | L | T | Buy | 08/15/18 | L | | |
| 45. ELKHART IN COMM SCH BLDG 3.00 DUE 07/15/2023 MUNI BOND | B | Interest | L | T | | | | | |
| 46. FLAT ROCK MI LTD TAX-CAP 3.00 DUE 10/01/2025/2024 MUNI BOND | B | Interest | L | T | | | | | |
| 47. GARY IN COMM SCH BLDG CORP 3.30 DUE 07/15/2024/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 48. GIBRALTAR SCHOOL DIST/MI 2.00 DUE 05/01/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 49. GREENE CO REDEVL AUTH 3.00 DUE 02/01/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 50. HAMILTON CTY IN REDEV AUTH 3.55 DUE 08/01/2021 MUNI BOND | B | Interest | K | T | | | | | |
| 51. HANOVER MULTI SCH BLDG 3.00 DUE 07/15/2024 MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IN STATE FIN-DUKE ENERGY SER A2 3.375 DUE 03/01/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 53. IN STATE DEPAUW UNIV-B 4.50 DUE 07/01/2020/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 54. INDIANA STATE FINANCE AUTHORITY REV 3.25 DUE 09/01/2024/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 55. INDIANA STATE FINANCE AUTHORITY REV 3.25 DUE 03/01/2026 MUNI BOND | B | Interest | L | T | | | | | |
| 56. INDIANA HOUSING & COMM 2.95 DUE 07/1/2028 MUNI BOND | B | Interest | L | T | Buy | 01/12/18 | L | | |
| 57. INDIANA STATE UNIV REV HSG DIN SER A 4.00 DUE 04/01/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 58. INDIANA STATE FIN-HANOVER CLG 3.00 DUE 05/01/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 59. INDIANA STATE FINANCE AUTH EITEL JORG 3.00 DUE 02/01/2024 MUNI BOND | B | Interest | L | T | | | | | |
| 60. JEFFERSONVILLE IN REDEV COMM 2.375 DUE 07/15/2022 MUNI BOND | B | Interest | K | T | | | | | |
| 61. JEFFERSONVILLE IN REDEV COMM 3.00 DUE 07/15/2023 MUNI BOND | B | Interest | L | T | | | | | |
| 62. KENTON CNTY KY SCH DIST 2.50 DUE 02/01/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 63. KENTUCKY STATE INTERLOCAL SCH 2.00 DUE DUE 03/01/2021/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 64. KENTUCKY STATE INTERLOCAL SCH 2.50 DUE 03/01/2025/2020 MUNI BOND | B | Interest | K | T | | | | | |
| 65. LAKE STATION 2008 BLDG 3.00 DUE 07/15/2026 MUNI BOND | B | Interest | L | T | Buy | 02/02/18 | L | | |
| 66. LOGAN COUNTY KY SCH DIST FIN 2.00 DUE 09/01/2027/2026 MUNI BOND | A | Interest | K | T | | | | | |
| 67. NOBLESVILLE IN REDEV 4.75 DUE 02/01/2021 MUNI BOND | B | Interest | | | Closed | 08/01/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. NORTH WHITE IN ELEM SCH BLDG 1.25 DUE 07/15/2018 | A | Interest | | | Matured | 07/15/18 | K | | |
| 69. NORTHEASTERN IL UNIV COPS CAP IM 3.00 DUE 07/01/2023 MUNI BOND | B | Interest | L | T | | | | | |
| 70. NW ALLEN IND SCH BLDG CORP 4.00 DUE 01/15/2018 MUNI BOND | B | Interest | | | Matured | 01/15/18 | K | | |
| 71. OWEN COUNTY IN PUBLIC LIBRARY 2.124 DUE 07/15/2023/2022 MUNI BOND | B | Interest | K | T | | | | | |
| 72. PEORIA ARIZ MUN DEV AUTH 4.25 01/01/2020/208 MUNI BOND | B | Interest | | | Closed | 01/02/18 | K | A | |
| 73. PLAINFIELD IN REDEV AUTH 3.00 DUE 08/01/2026/2023 MUNI BOND | B | Interest | K | T | | | | | |
| 74. COUNTY OF PORTER IN 3.00 DUE 01/15/2030 MUNI BOND | B | Interest | L | T | Buy | 02/16/18 | L | | |
| 75. SAINT JOSEPH CNTY IN ECON 4.00 DUE 04/01 2023/2020 MUNI BOND | B | Interest | L | T | | | | | |
| 76. SESTRN CASS CO SBC 2.00 DUE 07/15/2025 MUNI BOND | B | Interest | L | T | | | | | |
| 77. SOUTH BEND REDEV 2.50 DUE 05/01/2021 MUNI BOND | B | Interest | L | T | | | | | |
| 78. STARKE CNTY IN BLDG CORP 3.00 DUE 08/01/2023/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 79. TERRE HAUTE IN REDEV DIST 2.25 DUE 08/02/2021/2018 MUNI BOND | B | Interest | K | T | | | | | |
| 80. WARSAW IN SEWAGE WKS REV 2.00 DUE 07/01/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 81. WASHINGTON ST CTFS PARTN 4.125 DUE 01/01/2018 MUNI BOND | B | Interest | | | Matured | 01/01/18 | K | | |
| 82. WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | | | Closed | 03/07/18 | K | | |
| 83. ZIONSVILLE IN REDEV AUTH 4.25 DUE 08/01/2020/2018 MUNI BOND | B | Interest | | | Closed | 08/01/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. DRIEHAUS EMERGING MARKETS ASSET ALLOCATION MUTUAL FUND (SEE NOTE 2) | | None | | | Sold | 03/21/18 | K | A | |
| 85. DRIEHAUS EMERGING MARKETS GRW-INST ASSET ALLOCATION FUND (SEE NOTE 2) | A | Dividend | K | T | Buy | 03/21/18 | K | | |
| 86. GOLDMAN SACHS INTL EQUITY INSIGHTS FUND | B | Dividend | L | T | | | | | |
| 87. JANUS HNDRSN GLBL RL EST 1 ASSET ALLOC FUND | B | Dividend | K | T | Buy | 01/26/18 | K | | |
| 88. PRINCIPAL MIDCAP GROWTH ASSET ALLOC FUND | A | Dividend | L | T | | | | | |
| 89. VANGUARD REIT INDEX FUND - ADM ASSET ALLOC FUND | | None | | | Sold | 01/26/18 | K | | |
| 90. VANGUARD SMALL CAP VAL INDEX ADM ASSET ALLOC FUND | A | Dividend | L | T | | | | | |
| 91. FIRST FINANCIAL BANK DEPOSIT ACCOUNT | B | Interest | M | T | | | | | |
| 92. TRUST #2 | | | | | | | | | |
| 93. ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 94. ABBVIE INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 95. APPLIE INC COMMON STOCK | A | Dividend | K | T | Sold (part) | 03/26/18 | J | D | |
| 96. AT&T COMMON STOCK | A | Dividend | J | T | | | | | |
| 97. BP P.I.C. FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 98. BRISTOL-MYERS SQUIBB COMMON STOCK | A | Dividend | J | T | | | | | |
| 99. CHEVRON CORP COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. CMS ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 101. DANAHER COMMON STOCK | A | Dividend | K | T | Sold (part) | 03/26/18 | J | C | |
| 102. DUKE ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 103. ECOLAB COMMON STOCK | A | Dividend | J | T | Sold (part) | 03/26/18 | J | D | |
| 104. EVEREST RE GROUP COMMON STOCK | A | Dividend | | | Sold | 03/26/18 | K | D | |
| 105. FIRST FINANCIAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 106. GENERAL DYNAMICS COMMON STOCK | A | Dividend | K | T | | | | | |
| 107. GENERAL ELECTRIC COMMON STOCK | A | Dividend | | | Sold | 03/26/18 | J | | |
| 108. GENERAL MILLS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 109. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 110. IBM COMMON STOCK | A | Dividend | | | Sold | 03/26/18 | K | C | |
| 111. JOHNSON JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. LOWES COMMON STOCK | A | Dividend | K | T | | | | | |
| 113. MARATHON PETE COMMON STOCK | A | Dividend | J | T | | | | | |
| 114. METLIFE INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. MICROSOFT COMMON STOCK | A | Dividend | K | T | | | | | |
| 116. NIKE COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. PEPSICO COMMON STOCK | A | Dividend | J | T | | | | | |
| 118. PFIZER INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 119. PROCTOR & GAMBLE COMMON STOCK | A | Dividend | K | T | | | | | |
| 120. SIMON PROPERTY GROUP COMMON STOCK | A | Dividend | | | Sold | 03/26/18 | K | | |
| 121. TEVA PHARMACEUTICALS FOREIGN EQUITY | | None | J | T | | | | | |
| 122. UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | J | T | Sold (part) | 03/26/18 | J | C | |
| 123. VANGARD FINANCIAL EFT ASSET ALLOCATION FUND | A | Dividend | K | T | Buy | 03/27/18 | K | | |
| 124. VANGUARD REIT INDEX FUND-ADM ASSET ALLOCATION FUND | | None | | | Sold (part) | 01/26/18 | K | | |
| 125. | | | | | Sold | 01/26/18 | J | | |
| 126. VANGUARD REIT EFT COMMON STOCK | A | Dividend | J | T | Buy | 03/27/18 | J | | |
| 127. ALBERTVILLE AL BOARD OF EDUCATION 2.25 DUE 02/01/2024/2022 MUNI BOND | B | Interest | K | T | | | | | |
| 128. BLOOMFIELD CHARTER TWP 2.125 DUE 4/01/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 129. EAST ALLEN MULTI SCH BLDG 3.00 DUE 07/10/2018 MUNI BOND | B | Interest | | | Matured | 07/10/18 | K | A | |
| 130. EAST JACKSON MI CMNTY SCH 2.375 DUE 05/01/2022 MUNI BOND | B | Interest | L | T | | | | | |
| 131. GIBRALTAR SCHOOL DISTRIECT/MI 2.00 DUE 05/01/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 132. GREENE COUNTY IN REDEV AUTH 3.00 DUE 02/01/2022 MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. GREENCASTLE IN SCH BLDG 2.25 DUE 07/15/2021 MUNI BOND | A | Interest | K | T | | | | | |
| 134. HAMILTON COUNTY IN REDEV AUTH 3.55 DUE 08/01/2021 MUNI BOND | B | Interest | L | T | | | | | |
| 135. HANOCK COUNTY KY SCH DIST FIN 2.00 DUE 10/01/2023 MUNI BOND | A | Interest | K | T | | | | | |
| 136. HANOVER MULTI SCH BLDG 2.50 DUE 07/15/2023 MUNI BOND | B | Interest | L | T | | | | | |
| 137. JEFFERSONVILLE IN REDEV COMM 2.375 DUE 07/15/2022 MUNI BOND | A | Interest | K | T | | | | | |
| 138. PEORIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/2018 MUNI BOND | B | Interest | | | Closed | 01/02/18 | K | A | |
| 139. PIKE COUNTY KY SCHL DIST FIN 2.00 DUE 10/01/2023 MUNI BOND | A | Interest | K | T | | | | | |
| 140. PIONEER SCH BLDG CORP IN 2.25 DUE 07/15/2024 MUNI BONDQ | B | Interest | K | T | | | | | |
| 141. PLANFIELD IN REDEV AUTH 3.00 DUE 08/01/2026/2023 MUNI BOND | A | Interest | K | T | | | | | |
| 142. SAINT JOHN IN SEWAGE WORKS REV 1.90 DUE 01/01/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 143. ST UNIV OF IOWA REV 2.00 DUE 07/01/2021 MUNI BOND | A | Interest | K | T | | | | | |
| 144. STUCKER FORK IN CONS DIST 1.75 DUE 01/01/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 145. WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | | | Closed | 03/07/18 | K | | |
| 146. ZIONSVILLE CMNTY SCHL BLDG 4.00 DUE 01/10/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 147. GS INTL SMALL CAP INST ASSET ALLOCATION FUND | A | Dividend | K | T | Buy | 09/19/18 | K | | |
| 148. JANUS HNDRSN GLBL RL EST 1 ASSET ALLOCATION FUND | A | Dividend | K | T | Buy | 01/26/18 | K | | |
| 149. | | | | | Buy (add'l) | 03/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 150. OPPENHEIMER SR FLOAT RATE 1 ASSET ALLOCATION FUND | B | Dividend | L | T | Buy | 03/26/18 | K | | |
| 151. | | | | | Buy (add'l) | 09/19/18 | K | | |
| 152. VANGUARD SMALL CAP VALUE INDEX-ADM ASSET ALLOCATION FUND | B | Dividend | L | T | Buy (add'l) | 03/26/18 | J | | |
| 153. VANGUARD DEV MKT INDEX-ADM ASSET ALLOCATOIN FUND | C | Dividend | M | T | Buy (add'l) | 03/26/18 | L | | |
| 154. VANGUARD EM MKT STK IND-INST ASSET ALLOCATION FUND | B | Dividend | L | T | Buy (add'l) | 03/26/18 | K | | |
| 155. VANGUARD MID CAP INDEX-ADM ASSET ALLOCATION FUND | B | Dividend | M | T | Buy (add'l) | 03/26/18 | J | | |
| 156. FIRST FINANCIAL BANK MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 157. FIRST FINANCIAL CORP; TERRE HAUTE, IN | A | Dividend | J | T | | | | | |
| 158. USAA FEDERAL SAVINGS BANK | B | Int./Div. | M | T | | | | | |
| 159. USAA CORNERSTONE STRATEGY MUTUAL FUND | A | Int./Div. | K | T | | | | | |
| 160. USAA WORLD GROWTH MUTUAL FUND | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dees, Jr., Harry C. | 06/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry C. Dees, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544